# United States Court of Appeals
## For the First Circuit

No.  02-1619

THAMES SHIPYARD AND REPAIR COMPANY,
Plaintiff in Cross Claim, Appellant,

v.

UNITED STATES,
Defendant, Appellee.

No. 02-1620

NORTHERN VOYAGER LIMITED PARTNERSHIP;
ONEBEACON AMERICA INSURANCE COMPANY f/k/a/
COMMERCIAL UNION INSURANCE COMPANY,
Plaintiffs, Appellants,

v.

UNITED STATES,
Defendant, Appellee.

APPEALS FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Rya W. Zobel, U.S. District Judge]

Before

Torruella, Circuit Judge,
Campbell and Stahl, Senior Circuit Judges.

ERRATA SHEET

The opinion of this Court issued on November 26, 2003, is
amended as follows:

On page 2 of the cover page, Volume I of II and Volume II or
II, replace "Donald J. Sullivan" with "Michael J. Sullivan".